IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TODD LOPEZ, *As Personal Representative of the*
ESTATE OF ROY NUNEZ,

      Plaintiff,

    v.                                           CIV 20-1080 KG/LF

LIFE CARE CENTERS OF AMERICA, INC.,
LIFE CARE CENTER OF FARMINGTON,
PHILLIP NICKSE, *in his Individual and Official Capacities*,
and FARMINGTON OPERATIONS, LLC,

      Defendants.

<u>ORDER OF REMAND</u>

In a Memorandum Opinion and Order filed contemporaneously with this Order, the Court

granted Plaintiff's Motion to Remand.   (Doc. 6).   For the reasons given therein, the Court

REMANDS this case to the First Judicial District Court, County of Santa Fe, State of New

Mexico.

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE